STATE v. BRYANT and STATE v. FLOYD

    No. 107 PC.

    Case below: 16 N.C. App. 456.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973. Appeal dismissed for lack of substantial constitutional question 18 January 1973.

STATE v. DOUGLAS

    No. 117 PC.

    Case below: 16 N.C. App. 597.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.

STATE v. HIGGINS

    No. 115 PC.

    Case below: 16 N.C. App. 581.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 January 1973. Appeal dismissed for lack of substantial constitutional question 2 January 1973.

STATE v. HINSON

    No. 132 PC.

    Case below: 17 N.C. App. 25.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.

STATE v. HUFFMAN

    No. 126 PC.

    Case below: 16 N.C. App. 653.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.